UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER M. WILLIAMS, in his capacity
as Shareholders' Representative,

       Plaintiff,

vs.

SILVER POINT CAPITAL FUND, L.P. and SP
SAGE LLC,

       Defendants.

Case No. 09-CV-2359 (PAC)
**ECF**

## <u>DISCLOSURE STATEMENT OF DEFENDANTS</u><br><u>SILVER POINT CAPITAL FUND, L.P. AND SP SAGE LLC</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Silver

Point Capital Fund, L.P. ("Silver Point") and SP Sage LLC ("Sage") (collectively, "Defendants")

hereby submit the following statement of their corporate interests and affiliations for use of the

judges of this Court:

      1.     Silver Point is a limited partnership organized and existing under the laws

of the State of Delaware, with its principal place of business in Connecticut.

      2.     Sage is a limited liability company organized and existing under the laws

of the State of Delaware, with its principal place of business in Connecticut.

      3.     Defendants are privately held companies with no publicly traded stock.

4.    No publicly held corporation owns 10 percent or more of either

Defendants' stock.

Dated:  New York, New York
        April 6, 2009

WEIL, GOTSHAL & MANGES LLP

By:    _____
       Randi W. Singer

Heather R. Solow
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Facsimile)

T. Ray Guy
(pro hac vice admission pending)
Margaret Hope Allen
(pro hac vice admission pending)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
(214) 746-7700 (Telephone)
(214) 746-777 (Facsimile)

**ATTORNEYS FOR DEFENDANTS SILVER
POINT CAPITAL FUND, L.P. AND SP SAGE
LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2009, I electronically transmitted the foregoing document using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.

Randi W. Singer